UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STANLEY PIGOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. McKENNA, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   C07-1600-JCC-JPD <br><br> REPORT AND RECOMMENDATION |

Plaintiff has presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with this action *in forma pauperis*. Plaintiff appears to allege in his complaint that he was improperly convicted of the crime for which he is currently incarcerated. Plaintiff seeks damages as well as injunctive relief.

Where a prisoner challenges the fact or duration of his confinement, his sole federal remedy is a writ of habeas corpus. *Preiser v. Rodriguez*, 411 U.S. 475, 489-90 (1973). In *Heck v. Humphrey*, 512 U.S. 477 (1994), the United States Supreme Court held that a § 1983 claim that calls into question the lawfulness of a plaintiff's conviction or confinement does not accrue "unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas corpus." *Id*. at 489.

REPORT AND RECOMMENDATION
PAGE - 1

1  It appears from the face of the complaint that plaintiff is attempting to challenge the validity of
2 his current confinement in this § 1983 action.  However, plaintiff has not demonstrated that his
3 conviction or sentence has been reversed, expunged, invalidated, or impugned.[1]  Thus, under *Heck*,
4 plaintiff's § 1983 claim has not yet accrued, and is therefore not cognizable in this proceeding.  As
5 plaintiff has not stated a cognizable claim for relief in these proceedings, this Court recommends that
6 plaintiff's application to proceed *in forma pauperis* be denied and that this action be dismissed,
7 without prejudice, prior to service, for failure to state a claim upon which relief may be granted under
8 § 1915(e)(2)(B)(ii).  A proposed Order reflecting this recommendation is attached.
9  DATED this 15th day of November, 2007.

*[signature]*

JAMES P. DONOHUE
United States Magistrate Judge

---

[1] The Court notes that plaintiff previously filed a federal habeas petition challenging the judgment pursuant to which he is currently incarcerated.  *See Pigott v. Morgan*, C07-599-JCC.  That petition was denied on October 2, 2007.  *Id.*, Dkt. No. 54.

REPORT AND RECOMMENDATION
PAGE - 2