UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STANLEY PIGOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT M. McKENNA, *et al.,*<br><br>　　　　　Defendants. | CASE NO.  C07-1600-JCC<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING MATTER WITHOUT PREJUDICE |

　　　　The Court, having reviewed plaintiff's Application to Proceed *In Forma Pauperis*, the Complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　　　(1)　　The Court adopts the Report and Recommendation (Dkt. No. 6);

　　　　(2)　　Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. No. 5) is DENIED;

　　　　(3)　　This matter is DISMISSED without prejudice; and

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING MATTER WITHOUT PREJUDICE - 1

1  (4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

2  James P. Donohue.

3  DATED this 24th day of January, 2008.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING MATTER WITHOUT PREJUDICE - 2